IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

EDDIE TUCKER #135807
Full name and prison number
of plaintiff(s)

v.

WARDEN III JIMMY THOMAS, & CHAPLIN V. THOMLIN.

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:20-cv-00269-MHT-CSC
(To be supplied by Clerk of
U.S. District Court)

RECEIVED 2020 APR 20 A 11:47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) NONE

         Defendant(s) NONE

      2. Court (if federal court, name the district; if state court, name the county) NONE

3. Docket number __NONE__

4. Name of judge to whom case was assigned __NONE__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __NONE__

6. Approximate date of filing lawsuit __NONE__

7. Approximate date of disposition __NONE__

II. PLACE OF PRESENT CONFINEMENT __BIBB COUNTY CORRECTIONAL FACILITY.__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __BIBB COUNTY CORRECTIONAL FACILITY__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | JIMMY THOMAS "WARDEN" | BIBB CORR. FAC 565 BIBB LANE, BRENT |
| 2. | CHAPLIN, V. THOMLIN | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __FEB 14, 2020__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __JIMMY THOMAS WARDEN III, CHAPLIN V. THOMLIN ABUSED THEIR DISCREATION__

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

WHEN THEY REFUSED TO ALLOW THE PLAINTIFF TO PRACTING NATIVE AMERICAN RELIGION.

**GROUND TWO:** WE HAVE NO SWEAT LODGE AT BIBB CORR FAC.

**SUPPORTING FACTS:** THEIR NO SWEAT LODGE. I SUPPOSE TO HAVE A SWEAT CEROMONY ON THE 3RD WEEK OF MARCH, WE DID NOT HAVE ONE 3RD WEEK OF JUNE WE SWEAT, 3RD WEEK OF SEPT WE SWEAT, FIRST DAY 3R WEEK OF DEC WE SWEAT. I DONT WOUT TO MISS JUNE, SEPT, DEC.

**GROUND THREE:** REFUSE TO LET YOU DAILY PRAYER, NO WOOD, NO SAGE. SWEET GRASS.

**SUPPORTING FACTS:** I SENT A REQUEST FOR RELIGIOUS ASSISTANCE TO CHAPLIN U. THOMLIN REQUESTING THINGS I NEED TO FIX THE INDIAN NATIVE AMERICAN GROUNDS. I WAS GOING TO CLEAN IT UP AND STILL BUILD THE SWEAT LODGE. THEY DO NOTHING ENCLOSED IN THIS COMPLAINT IS REQUEST FORMS I SENT UP FRONT TRYING TO GETS SOME ASSISTANCE WITH THE NATIVE AMERICAN. THE CHAPLIN MADE COPY OF REQUEST AND WAS SUPPOSE TO TALK TO THE WARDEN.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WONT TRANSFER TO A FAULITY THAT HAS A SWEAT LODGE. FOR ALL THE PROLBEMS THEY CAUSE ME I WONT $5.000.000 ALSO.

EDDIE TUCKER
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on APRIL, 5, 2020.
(Date)

EDDIE TUCKER #135807
Signature of plaintiff(s)

4

EDDIE TUCKER #135807
565 BIBB LANE.
BRENT, ALABAMA
         35034.



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ONE CHURCH STREET # B-110
MONTGOMERY ALABAMA
              36104.

36104-401801