IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDDIE TUCKER,                    )
                                 )
    Plaintiff,                   )
                                 )        CIVIL ACTION NO.
    v.                           )          2:20cv269-MHT
                                 )              (WO)
WARDEN III JIMMIE THOMAS,        )
and CHAPLIN V. THOMLIN,          )
                                 )
    Defendants.                  )
```

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining of infringement of his First Amendment religious rights at the prison where he is incarcerated.  The lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a).  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation

should be adopted.

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 3) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a).

(3) The motion to proceed in forma pauperis (doc. no. 2) is left for resolution by the transferee court.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 21st day of May, 2020.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE